IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                               Criminal No. 2:26-cr-040

JOSEPH GARRETT BUCKLAND

## ARRAIGNMENT PLEA

Defendant JOSEPH GARRETT BUCKLAND

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)