# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   Criminal No. 2:26-cr-040

JOSEPH GARRETT BUCKLAND

## CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. _____   Judge: _____

CATEGORY:
1. ◯ Narcotics and Other Controlled Substances (Defs: ◯1-2 ◯3-9 ◯10+)
2. ◯ Fraud and Property Offenses (Defs: ◯1-2 ◯3-9 ◯10+)
3. ⬤ Crimes of Violence
4. ◯ Sex Offenses
5. ◯ Firearms and Explosives
6. ◯ Immigration
7. ◯ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____

*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant  ◯ is in custody   ⬤ is not in custody
Custody is  ◯ State  ◯ Federal   Name of Institution: _____

Defendant  ◯ is  ⬤ is not serving a term of Supervised Release
Case No. _____   Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 02/26/2026

*s/Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316