IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOSEPH GARRETT BUCKLAND

Criminal No. 26-40

## NOTICE OF APPEARANCE

COMES NOW, the United States of America, by and through the undersigned, hereby gives

notice that the undersigned United States Department of Justice Trial Attorney, Emily R. Stone,

has been assigned to the above-captioned criminal case.

Respectfully submitted,

ADAM R.F. GUSTAFSON
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL
ENVIRONMENT & NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE

/s/ Emily R. Stone
EMILY R. STONE
Trial Attorney
Fla. Bar No. 92077
Environmental Crimes Section
U.S. Department of Justice
150 M Street NE, 4th Floor
Washington, DC 20002
Telephone: (202) 305-5681
emily.stone2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2025, I electronically filed and served this document
via CM/ECF.

/s/ Emily R. Stone
Emily R. Stone